UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV68

| | |
|---|---|
| BRYANT CORPENING,<br>   Plaintiff,<br><br>  v.<br><br>ALLTEL CORPORATION,<br>   Defendant. | ORDER OF DISMISSAL |

On February 19, 2004, Plaintiff Bryan Corpening filed this civil action against Defendant Alltel Corporation pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq, and also moved to proceed *in forma pauperis*. On March 11, 2004, this Court denied the plaintiff's motion to proceed *in forma pauperis* and directed that he pay the required filing fees in this action within thirty days of the date of that order, or the matter would be summarily dismissed. (Doc. No. 3).[1] It is now August 2, 2006, and the plaintiff has failed to pay the filing fee.

  **THEREFORE, IT IS HEREBY ORDERED** that this matter is **DISMISSED**.

  Signed: August 2, 2006

  Robert J. Conrad, Jr.
  Chief United States District Judge

---

[1] The Court also denied the plaintiff's motion for appointment of counsel, by ordered dated July 9, 2004. (Doc. No. 4).